UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:17-cr-00315-01 |
| VERSUS | JUDGE FOOTE |
| DEMOND LAMONT HILL SR (01) | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law.

**IT IS ORDERED** that the guilty plea entered by defendant Demond Lamont Hill, Sr. on February 9, 2018 before Magistrate Judge Mark L. Hornsby is accepted by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 20th day of February, 2018.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT COURT